IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 1 2 2014

CLERK, U.S. DISTRICT COURT
By _____
            Deputy

| | | |
|---|---|---|
| GARY HILL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:13-CV-014-A |
| | § | |
| CAROLYN W. COLVIN, ACTING | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

ORDER

Came on for consideration the above-captioned action wherein
Gary Hill is plaintiff and Carolyn W. Colvin, Acting Commissioner
of Social Security, ("Commissioner") is defendant. This is an
action for judicial review of a final decision of the
Commissioner denying plaintiff's claim for supplemental security
income under Title XVI of the Social Security Act. On February
11, 2014, the United States Magistrate Judge issued his proposed
findings and conclusions and his recommendation ("FC&R"), and
granted the parties until February 25, 2014, in which to file and
serve any written objections thereto. Plaintiff filed his
objections on February 24, 2014, and Commissioner filed a
response on March 10, 2014. After a thorough study of the
record, the magistrate judge's proposed findings and conclusions,
and applicable legal authorities, the court has concluded that

plaintiff's objections lack merit and that the recommendation of the magistrate judge should be accepted.

Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS that the decision of the Commissioner that, based on the application for Supplemental Security Income payments protectively filed on June 24, 2010, plaintiff, Gary Hill, is not disabled under Section 1614(a)(3)(A) of the Social Security Act, be, and is hereby, affirmed.

SIGNED March 12, 2014.

_____
JOHN McBRYDE
United States District Judge